PROB 12C
(6/16)

Report Date: March 9, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Keriann Ruth Reed | Case Number: 0980 2:21CR00041-SAB-1 |
| Address of Offender: | Spokane, Washington 99218 |

Name of Sentencing Judicial Officer: The Honorable Susan P. Watters, U.S. District Judge
Name of Assigned Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 23, 2017

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (B)(1)(b) | |
| Original Sentence: | Prison - 41 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: May 14, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 13, 2025 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have committed the offense of malicious mischief third degree domestic violence, on or about March 4, 2022.<br><br>On May 14, 2020, the offender's conditions of supervision were reviewed and she signed said conditions acknowledging an understanding of her requirements.  Specifically, she was advised by the supervising officer that she must not commit another federal, state or local crime.<br><br>On March 6, 2022, the offender was arrested for malicious mischief third degree domestic violence, in case number 2A0162897.  She is scheduled to appear in Spokane County District Court on April 4, 2022.<br><br>According to Spokane County Sheriff incident report 2022-10026593, on March 4, 2022, officers made contact with the offender's husband in reference to a domestic violence call. Th offender's husband advised that Ms. Reed destroyed his cellular telephone and used a large rock to break the windshield of his vehicle.  Officers observed that the windshield of |

Prob12C
Re: Reed, Keriann Ruth
March 9, 2022
Page 2

the complainant's vehicle was completely caved in and the damage appeared consistent with the information provided by the complainant. Subsequently, officers went to the offender's residence in an effort to locate her, but were unsuccessful.

On March 6, 2022, officers were dispatched to a domestic violence call at the offender's residence in reference to a damaged utility trailer. While no probable cause was found to arrest the offender for the alleged incident, she was arrested for the above-referenced malicious mischief charge.

2          **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: The offender is alleged to have committed the offense of assault fourth degree, on or about March 5, 2022.

On May 14, 2020, the offender's conditions of supervision were reviewed and she signed said conditions acknowledging an understanding of her requirements. Specifically, she was advised by the supervising officer that she must not commit another federal, state or local crime.

On March 6, 2022, the offender was arrested for assault fourth degree, in case number 2A0142983. She is scheduled to appear in Spokane Municipal Court on March 16, 2022.

According to Spokane Police Department incident report 2022-20037395, on March 5, 2022, officers were dispatched to 223 South Lincoln Street located in Spokane, Washington, in reference to a reported assault that occurred at a nearby restaurant. According to the complainant, she was at the restaurant bar with the offender's husband when Ms. Reed walked in and approached her. The offender allegedly hit the bottom of the victim's class so hard that it struck the bottom of her chin and the drink spilled on her. All parties were asked to leave the premises and the offender was waiting in the parking lot when the victim went out to her vehicle. Ms. Reed allegedly began yelling threats at the victim, at which time the victim and the offender's husband were able to get into a vehicle to drive to a safe location where they called law enforcement. Officers observed a small bruise forming on the underside of the victim's chin and she had spots on her shirt where it appeared something had been spilled on her.

Officers interviewed the offender's husband, as well as the victim's friend who had also been at the restaurant bar. The offender's husband advised he did not witness the assault, but the other witness advised she saw the offender hit the victim's glass, which subsequently struck the victim's chin. Law enforcement made attempts to contact the offender, but were unsuccessful.

It should be noted, the victim advised officers that 2 weeks prior to the above-referenced incident, the offender came to her residence and began banging on the door and windows of her home while threatening to harm her. She also reported a separate incident in which the offender allegedly made threats during a telephone conversation.

On March 6, 2022, officers were dispatched to a domestic violence call at the offender's residence in reference to a damaged utility trailer. While no probable cause was found to arrest the offender for this alleged incident, she was arrested for the above-referenced assault fourth degree charge.

Prob12C
Re: Reed, Keriann Ruth
March 9, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 9, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Signature of Judicial Officer*

3/9/2022
Date