PROB 12C
(6/16)

Report Date: May 2, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Keriann Ruth Reed          Case Number: 0980 2:21CR00041-SAB-1

Address of Offender: ███████████████████████ Spokane, WA 99260

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 23, 2017

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 41 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: May 14, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 13, 2025 |

## PETITIONING THE COURT

To issue a warrant.

On May 14, 2020, Ms. Reed's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have committed the offense of Malicious Mischief Third Degree, in violation of R.C.W. 9A.48.090 GM, on or about April 20, 2023.<br><br>According to Spokane County Sheriffs Office incident report number 2023-10055330, on April 20, 2023, at approximately 5:56 p.m., officers were dispatched to a domestic violence call at the offender's former residence. The victim indicated that Ms. Reed came to his residence and started yelling at him about owing her money.  He then alleged that she tried to get into his vehicle and then slammed his rear passenger side door against her vehicle that was parked next to it, which resulted in damage to his vehicle. Officers observed a baseball sized dent on the rear passenger door of the victim's vehicle, as well as a scratch in the paint.<br><br>Based on the above information, law enforcement found probable cause to charge Ms. Reed with malicious mischief third degree and a warrant was subsequently issued.  Ms. Reed was arrested on the outstanding warrant on April 22, 2023, and was released the following day. A no contact order was also issued prohibiting her from having contact with the victim. |

Prob12C
**Re: Reed, Keriann Ruth**
**May 2, 2023**
**Page 2**

Ms. Reed has been charged with malicious mischief third degree in Spokane County District Court, case number 3A0140843. She was released from custody on or about April 23, 2023, and her next scheduled court appearance is scheduled for May 4, 2023.

2   **Mandatory Condition #3:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence:** The offender is alleged to have violated mandatory condition number 3, by ingesting a controlled substance, methamphetamine, on or about April 24, 2023.

On April 24, 2023, Ms. Reed submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for methamphetamine. At that time, she denied use of said substance. The urine specimen was sent to Abbott Laboratories and was thereafter confirmed positive for methamphetamine.

3   **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offenses of Burglary First Degree, in violation of R.C.W. 9A.52.020 AF, Assault Third Degree Weapon or Negligent Injury, in violation of R.C.W. 9A.36.031 CF, Protection Order Violation with Assault, in violation of 7.105.450.4, and Malicious Mischief Third Degree Domestic Violence, in violation of R.C.W. 9A.48.090 GM.

According to Spokane County Sheriffs Office incident report number 2023-10060616, on April 30, 2023 at approximately 9:01 a.m., law enforcement was dispatched to a gas station in Spokane County, Washington, due to a report of a domestic violence protection order violation. The victim informed law enforcement that the offender contacted him on April 30, 2023, after her car broke down. The victim drove Ms. Reed and her daughter back to his residence where they spent the night. He also reported that Ms. Reed called him several times the night prior. When the responding officer looked at his telephone, he did not see any incoming telephone calls from Ms. Reed's telephone number, but did observe the victim had called her at least 25 times. The officer then observed a text message which was initiated by the victim and to which Ms. Reed had responded at approximately 9:39 a.m. that same morning.

On April 30, 2023, the victim again called police dispatch at approximately 12:40 p.m., to report that Ms. Reed was at his residence and was armed with a box cutter knife. Officers responded to the residence, at which time the victim advised that Ms. Reed forced entry into his residence, punched him several times, and then cut his left forearm with a box cutter knife. Following the incident, he claimed Ms. Reed took her child and left in a grey truck.

Officers observed a laceration approximately 4 inches in length on the victim's forearm, but no injuries were observed on his head or face. Officers also examined a damaged garage door, which appeared to have been forced open. A witness indicated she observed a female matching the offender's description at the residence. The female allegedly charged toward the witnesses' car, at which time the witness left the scene.

Prob12C
Re: Reed, Keriann Ruth
May 2, 2023
Page 3

Based on the above information, probable cause was found to charge Ms. Reed with violation of a protection order with assault, burglary first degree, assault third degree weapon or negligent injury, and malicious mischief third degree domestic violence. A warrant was subsequently issued and Ms. Reed was taken into custody on or about May 1, 2023.

Ms. Reed is scheduled to appear in Spokane County Superior Court, case number 23-1-01131-32, on May 2, 2023. As of this writing, she is incarcerated at the Spokane County Jail.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 2, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

5/3/2023
Date