PROB 12C
(6/16)

Report Date: October 10, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Keriann Ruth Reed | Case Number: 0980 2:21CR00041-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99207 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: March 23, 2017 | |
| Original Offense: Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: Prison - 41 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Allan Hicks | Date Supervision Commenced: May 14, 2020 |
| Defense Attorney: Justin Lonergan | Date Supervision Expires: May 13, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/02/2023.

On May 14, 2020, Ms. Reed's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

On September 13, 2023, Ms. Reed's modified conditions of supervised release were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Modified Condition #2:** Defendant shall participate in Union Gospel Mission's wraparound program and successfully complete the program.<br><br>**Supporting Evidence**: The offender is alleged to have violated modified condition number 2, by failing to participate in the Union Gospel Mission's wraparound program.<br><br>On October 6, 2023, the undersigned contacted a representative from the Union Gospel Mission (UGM) Recovery Program who advised that effective October 3, 2023, the offender was no longer a participant in their program. This officer was informed that Ms. Reed was given the choice on whether to continue in the program, and she chose to be removed, so that she could pursue her other obligations. It was further explained that the offender was unable to participate in the rigorous programming due to the frequency of her intensive outpatient |

Prob12C
Re: Reed, Keriann Ruth
October 10, 2023
Page 2

treatment classes, as well as other appointments. UGM advised that they would be willing to accept the offender back into the program in the future if her schedule allowed her to participate in the required programming.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 10, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

### THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

10/11/2023
Date