PROB 12C
(6/16)

Report Date: November 14, 2023

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2023

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Keriann Ruth Reed | Case Number: 0980 2:21CR00041-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: March 23, 2017 | |
| Original Offense: Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: Prison - 41 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl Allan Hicks | Date Supervision Commenced: May 14, 2020 |
| Defense Attorney: Justin Lonergan | Date Supervision Expires: May 13, 2025 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/02/2023 and 10/11/2023.

On May 14, 2020, Ms. Reed's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

On September 13, 2023, Ms. Reed's modified conditions of supervised release were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence:** The offender is alleged to have violated mandatory condition number 3 by ingesting a controlled substance, methamphetamine, on or about October 30, 2023.<br><br>On October 30, 2023, Ms. Reed submitted a dilute urine specimen at Pioneer Human Services (PHS). As such, the sample was sent to the national laboratory for confirmation testing. |

Prob12C
**Re: Reed, Keriann Ruth**
**November 14, 2023**
**Page 2**

On November 8, 2023, the probation officer received the confirmation results for the above-referenced urine sample, which indicated the urine specimen was positive for methamphetamine.

6    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office for a scheduled appointment on November 8, 2023.

On November 2, 2023, the probation officer instructed Ms. Reed to report to the U.S. Probation Office on November 8, 2023 at 9 a.m. She failed to report for said appointment.

On November 8, 2023, this officer made contact with the offender via telephone to address her failure to report at 9 a.m., on that same date. At that time, she was instructed to report to the U.S. Probation Office by 4 p.m., on November 8, 2023. Again, Ms. Reed failed to report to the U.S. Probation Office as instructed.

7    **Special Condition #6**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests, not more than 365 breathalyzer tests, and not more than 36 sweat patch applications annually during the period of supervision. The defendant shall pay all or part of the costs of testing as directed by the United States Probation Office.

**Supporting Evidence:** The offender is alleged to have violated special condition number 6, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on November 9, 2023.

The probation officer received email correspondence from PHS indicating the offender failed to report for urinalysis testing on November 9, 2023.

8    **Special Condition #4**: The defendant shall participate in and complete a program of substance abuse treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation officer. The defendant is to pay part or all cot of this treatment, as directed by the United States Probation Office.

**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to attend scheduled substance abuse treatment sessions at Spokane Addiction Recovery Centers (SPARC) on November 7, 8, and 13, 2023.

The probation officer was notified that Ms. Reed failed to attend scheduled treatment sessions at SPARC on November 7, 8, and 13, 2023.

9    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office on November 13, 2023.

Prob12C
Re: Reed, Keriann Ruth
November 14, 2023
Page 3

On November 9, 2023, the probation officer attempted to contact Ms. Reed via telephone; however, she failed to answer and this officer was unable to leave a message. As such, this officer sent a text message to Ms. Reed instructing her to report to the U.S. Probation Office on November 13, 2023 at 3:30 p.m. She failed to report for said appointment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 14, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

### THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Signature of Judicial Officer*

11/15/2023
Date