PROB 12C
(6/16)

Report Date: December 13, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 15, 2023**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Keriann Ruth Reed     Case Number: 0980 2:21CR00041-SAB-1

Address of Offender: ███████████████████████  Spokane, Washington 99260

Name of Sentencing Judicial Officer: The Honorable Susan P. Watters, U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 23, 2017

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (B)(1)(b) |
| Original Sentence: | Prison - 41 months<br>TSR - 60 months     Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks     Date Supervision Commenced: May 14, 2020 |
| Defense Attorney: | Justin Lonergan     Date Supervision Expires: May 13, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/02/2023, 10/11/2023, and 11/14/2023.

On May 14, 2020, Ms. Reed's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 5 by failing to live at the residence approved by the probation officer.<br><br>On December 7, 2023, the probation officer received email correspondence from the program manager at the transitional housing program where the offender was approved to reside. She advised that the offender had not been at the property since early November 2023 and her apartment unit is considered abandoned. During a subsequent telephone call with |

Prob12C
Re: Reed, Keriann Ruth
December 13, 2023
Page 2

|    |    |
|----|----|
|    | the program manager, she informed the probation officer that from November 4, to December 7, 2023, the offender was only seen at the facility once. |
| 11 | **Special Condition #4**: The defendant shall participate in and complete a program of substance abuse treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of this treatment, as directed by the United States Probation Office. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 4 by being unsuccessfully discharged from her substance abuse treatment program on December 7, 2023.

On December 7, 2023, the probation officer received email correspondence from the offender's treatment counselor at Spokane Addiction Recovery Centers (SPARC) indicating Ms. Reed was discharged from treatment effective that same date. According to her counselor, multiple attempts were made to contact the offender to re-engage her in treatment; however, Ms. Reed never responded.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 13, 2023

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Stanley A. Bastian_
Signature of Judicial Officer

12/15/2023
Date