PROB 12C
(6/16)

Report Date: May 16, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Keriann Ruth Reed | | Case Number: 0980 2:21CR00041-SAB-1 |
| Address of Offender: ▮ | | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 23, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 41 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(January 18, 2024) | Prison - 6 months<br>TSR - 13 months | | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: April 6, 2024 | |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: April 5, 2025 | |

## PETITIONING THE COURT

To issue a warrant.

On April 8, 2024, the offender's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office for a scheduled appointment on May 8, 2024. |
| | On May 6, 2024, the probation officer instructed Ms. Reed to report to the U.S. Probation Office on May 8, 2024. She failed to report as directed. |
| 2 | **Special Condition #6:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Reed, Keriann Ruth
May 16, 2024
Page 2

**Supporting Evidence**: The offender is alleged to have violated special condition number 6, by ingesting a controlled substance, methamphetamine, on or about May 5, 2024.

On May 7, 2024, Ms. Reed submitted a urine specimen at Pioneer Human Services (PHS) that returned presumptive positive for methamphetamine. She thereafter signed an admission/denial form, but failed to acknowledge whether she was admitting or denying use.

On May 9, 2024, Ms. Reed reported to the U.S. Probation Office for a scheduled appointment. When questioned about the above-referenced urinalysis test, Ms. Reed initially denied use and stated she had been around someone who had been using. She later admitted to ingesting methamphetamine on or about May 5, 2024.

3  **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office for a scheduled appointment on May 15, 2024.

On May 9, 2024, the probation officer instructed Ms. Reed to report to the U.S. Probation Office on May 15, 2024. She failed to report as directed.

4  **Special Condition #2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: The offender is alleged to have violated special condition number 2, by failing to report to the residential reentry center (RRC) for public law placement on May 15, 2024.

On May 14, 2024, the probation officer advised the offender that a bed was secured for her at the RRC for May 15, 2024. She was instructed to report for a previously scheduled appointment with probation on May 15, 2024, and to report directly to the RRC following that appointment.

On May 16, 2024, the probation officer received email correspondence from the RRC advising that Ms. Reed failed to report for public law placement on May 15, 2024.

5  **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 5, by failing to reside at the residence approved by the probation officer.

Prob12C
Re: Reed, Keriann Ruth
May 16, 2024
Page 3

|   |   |   |
|---|---|---|
|   |   | As previously noted, the offender failed to report to the RRC, her approved residence, for public law placement on May 15, 2024. |
|   | 6 | **Standard Condition #7:** You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days prior to that change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence:** The offender is alleged to have violated standard condition number 7, by failing to be lawfully employed.

Ms. Reed has failed to obtain full-time employment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 16, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/16/2024
Date