PROB 12C
(6/16)

Report Date: May 20, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Keriann Ruth Reed | Case Number: | 0980 2:21CR00041-SAB-1 |
| Address of Offender: | ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99260 | | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: March 23, 2017

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 41 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 18, 2024) | Prison - 6 months<br>TSR - 13 months |
| Asst. U.S. Attorney: | Earl Allan Hicks |
| | Date Supervision Commenced: April 6, 2024 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: April 5, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/16/2024.

On April 8, 2024, the offender's conditions of supervision were reviewed by the probation officer and she signed said conditions acknowledging an understanding of her requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to attend required substance abuse treatment sessions on May 1, 8, 14, 15 and 16, 2024. |

Prob12C
Re: Reed, Keriann Ruth
May 20, 2024
Page 2

On May 20, 2024, Spokane Addiction Recovery Centers (SPARC) advised the probation officer that Ms. Reed failed to attend her scheduled substance abuse treatment sessions on May 1, 8, 14, 15 and 16, 2024.

8  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offenses of Identify Theft Second Degree, in violation R.C.W. 9.35.020 CF, Theft Third Degree Shoplifting, in violation of R.C.W. 9A.56.050 GM, Obstructing a Law Enforcement Officer, in violation of 9A.76.020 GM, and Resisting Arrest, in violation of R.C.W. 9A.76.040 M, on or about May 18, 2024.

According to Spokane Police Department incident report number 2024-2009597, on May 18, 2024, law enforcement was dispatched to Kohl's at Northtown Mall in Spokane, Washington. Loss prevention officers advised law enforcement that they observed a female, later identified as Ms. Reed, shoplift merchandise from the store. Subsequently, law enforcement observed a female matching the description of the shoplifter in the parking lot. The responding officer activated his emergency lights, exited the vehicle, identified himself and commanded the offender to stop. Ms. Reed ran from the officer, but was eventually taken to the ground. She had a can of pepper spray in one of her hands and resisted arrest by twisting her body and trying to pull her arm away from the officer. The officer was able to grab the pepper spray and she was detained.

A phone charger box was discovered in her front waistband, as well as three items of clothing in her purse. Loss prevention took possession of the recovered items, which totaled $69.46.

When asked for her name, Ms. Reed provided a name and date of birth of another individual. When the officer compared a photo of the individual's photo to Ms. Reed, he determined she had provided him with a false name. When confronted, Ms. Reed provided her true name and she was booked into custody.

The above-referenced charges are currently pending in Spokane County Superior Court, case number 2410132032.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 20, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Reed, Keriann Ruth
May 20, 2024
Page 3

THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_____
Signature of Judicial Officer

_____5/20/2024_____
Date